In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-234 CR


NO. 09-07-235 CR


____________________



EUGENE A. PRIGGETT, JR., Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 9th District Court


Montgomery County, Texas


Trial Cause Nos. 05-04-03204-CR, and 06-06-05488-CR






MEMORANDUM OPINION


 Eugene A. Priggett, Jr. appeals his convictions in two cases. (1) In Cause No. 05-04-03204-CR, Priggett pled guilty and received a ten-year sentence for the third degree felony
offense of retaliation. See Tex. Pen. Code Ann. § 36.06(a), (c) (Vernon Supp. 2007). In
Cause No. 06-06-05488-CR, Priggett pled guilty and received a twenty-year sentence for the
first degree felony offense of aggravated robbery. Tex. Pen. Code Ann. § 29.03(a), (b)
(Vernon 2003). The trial court ordered the sentences to be served concurrently.

 On appeal, Priggett's counsel filed a brief that presents counsel's professional
evaluation of the records and concludes the appeals are frivolous. See Anders v. California,
386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex.
Crim. App. 1978). On December 13, 2007, we granted an extension of time for the appellant
to file a pro se brief. The appellant did not file a response with the Court.

 We reviewed the appellate records, and we agree with counsel's conclusion that no
arguable issues support the appeals. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeals. Bledsoe v. State, 178 S.W.3d 824, 826-27 (Tex. Crim.
App. 2005); cf. Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm
the trial court's judgments. (2)

 AFFIRMED.


 ______________________________

 STEVE McKEITHEN

 Chief Justice

Submitted on April 8, 2008

Opinion Delivered April 16, 2008

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.
1. The indictment in Cause No. 06-06-05488-CR identifies the appellant's name as
Eugene Andra Priggett, Jr.
2. Appellant may challenge our decision in these appeals by filing a petition for
discretionary review. See Tex. R. App. P. 68.